UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CASE NO.  16-40200
CHAPTER 13

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JON CALVIN WEHUNT, III | ) | OBJECTION TO MOTION FOR |
| | ) | RELIEF FROM STAY |
| Debtor. | ) | |

NOW COMES the Debtor, through undersigned counsel, and hereby objects to the Motion for Relief from Stay filed by Headwaters Financial, Corp. (doc. #50)  pending review of same by the undersigned and the Debtor.

This the 28th day of June, 2017.

/s/ Allen W. Wood III
Allen W. Wood III
Attorney for Debtor
State Bar #8104
Post Office Box 145
Newton, North Carolina 28658
828-465-2100

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing Objection has been electronically served upon the following person(s) or by depositing a copy of same in the United States Mail at Newton, North Carolina, first class postage prepaid, addressed as follows:

Franklin Drake
Smith, Debnam, Narron,
Drake Saintsing & Myers, L.L.P.
P.O. Box 26268
Raleigh, NC 27611-6268

Steven G. Tate
Chapter 13 Trustee

This the 28th day of June, 2017 .

/s/ Allen W. Wood III
Allen W. Wood III
Attorney for Debtor