# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|    JON CALVIN WEHUNT, III | ) | Case No.: 16-40200 |
|    xxx-xx-1791 | ) | |
| | ) | Chapter 13 |
|                 Debtor(s). | ) | |

## NOTICE OF DEFAULT IN CONSENT ORDER
## AND RELIEF FROM STAY PURSUANT TO CONSENT ORDER

NOW COMES Carolina Trust Bank, a secured creditor herein, and provides notice that due to the default in payment by the Debtor and pursuant to the terms of that certain Consent Order entered herein on September 30, 2016 {Docket # 29}, the stay imposed by 11 U.S.C. §§ 362(a) and 1301(a) has been terminated, annulled and modified to permit Carolina Trust Bank, its successors and/or assigns, the trustee named in the Deed of Trust, and/or any successor or substitute trustee, and all other lienholders on the certain real property to foreclose their security interest in the real property located off Wehunt Brown Road, Cherryville, North Carolina, as described in that certain Deed of Trust recorded in Book 2310, Page 183 of the Lincoln County Registry and to pursue judgments for any deficiency thereon against any co-debtors, and that said relief is immediate, and the 14 day waiting period of Fed. R. Bankr. Proc. Rule 4001(a)(3) does not apply.

This the 9th day of August, 2017.

                                                   YOUNG, MORPHIS, BACH & TAYLOR, LLP

                                                   /s/  Jimmy R. Summerlin, Jr.
                                                   Jimmy R. Summerlin, Jr.
                                                   N.C. State Bar No. 31819
                                                   P.O. Drawer 2428
                                                   Hickory, NC 28603
                                                   Telephone:  828-322-4663
                                                   Facsimile:  828-324-2431
                                                   Attorney for Carolina Trust Bank

231008.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing <u>Notice</u> was duly served this day upon the following by the means indicated:

☒ By CM/ECF noticing in accordance with the Local Rules of the United States Bankruptcy Court for the Western District of North Carolina:

Brian R. Anderson on behalf of Creditor First Bank & Trust Company
banderson@nexsenpruet.com, pwilliams@nexsenpruet.com

Franklin Drake on behalf of Creditor Headwaters Financial Corp.
fdrake@smithdebnamlaw.com,
wparker@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com

Michael Jay Emrey on behalf of Creditor Wells Fargo Bank, N.A.
memrey@logs.com

Allen W. Wood, III on behalf of Debtor Jon Calvin Wehunt, III
terri@allenwoodlaw.com

☒ By depositing a copy thereof for delivery by the U.S. Postal Service, 1st Class postage prepaid and addressed as follows:

Mr. Steven G. Tate
Chapter 13 Trustee
212 Cooper Street
Statesville, NC 28677

Mr. Jon C. Wehunt, III
6616 Wehunt Brown Road
Cherryville, NC 28021

Ms. Christy Leigh Wehunt
529 Lisa Carroll Drive
Mooresville, NC 28115

This the 9th day of August, 2017.

                                                 /s/ Jimmy R. Summerlin, Jr.
                                                 Jimmy R. Summerlin, Jr.
                                                 N.C. State Bar No. 31819