| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jon Calvin Wehunt III** | Social Security number or ITIN  **xxx–xx–1791** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of North Carolina** | | |
| Case number:  **16–40200** | | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

  ♦ Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
  ♦ The chapter 13 case of the above named debtor is closed.

Dated: January 17, 2018
BY THE COURT

J. Craig Whitley

United States Bankruptcy Judge

Electronically filed and signed (1/17/18)